UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE PAUL RAYMOND WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES, et al.,<br><br>Defendants. | Case No. 1:21-cv-00434-NONE-EPG<br><br>ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDIE<br><br>(ECF No. 2.)<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE<br><br>THIRTY (30) DAY DEADLINE |

Plaintiff Prince Paul Raymond Williams ("Plaintiff"), proceeding *pro se*, has applied to proceed *in forma pauperis* ("IFP") in this action. (ECF No. 2.)

Plaintiff's application to proceed *in forma pauperis* was not adequately completed. Plaintiff indicated on his application that he is employed, receives gross pay of $198.00 and take-home pay of $180.49 every six days, and received worker's compensation benefits in the amount of $479.00 in February. (ECF No. 2.) However, Plaintiff did not indicate either "yes" or "no" in response to all of the subparts of question three regarding money received over the previous twelve months and, if yes, the required information as to that source of money. (*Id.*)

Plaintiff's application, as written, is insufficient for the Court to determine if he is entitled to proceed without prepayment of fees in this action. Without a fully completed IFP application,

Plaintiff has not made the showing required to proceed IFP. *See* 28 U.S.C. § 1915(a). The application will accordingly be denied without prejudice and the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  Plaintiff must accurately and adequately answer the questions presented on the form. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is DENIED, without prejudice;
2. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff; and
3. Within **thirty (30) days** of the date of this order, Plaintiff shall either (1) pay the $402.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff fails to comply with this order, the Court may dismiss this action for failure to obey a court order and/or failure to prosecute.

IT IS SO ORDERED.

Dated:   **March 17, 2021**                    /s/ *Erica P. Grosjean*
                                                                  UNITED STATES MAGISTRATE JUDGE