UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE PAUL RAYMOND WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES, et al.,<br><br>Defendants. | No. 1:21-cv-00434-NONE-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 8) |

Plaintiff Prince Paul Raymond Williams is proceeding *pro se* and *in forma pauperis* in this action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 21, 2021, the assigned magistrate judge screened plaintiff's complaint and found that it failed to state a cognizable claim. (Doc. No. 7.) Plaintiff was given thirty days from the date of service of the screening order to file an amended complaint or to notify the assigned magistrate judge that he wished to stand on his complaint, subject to findings and recommendations to the district judge consistent with the screening order. (*Id.*) The assigned magistrate judge warned plaintiff that his failure to comply with the order could result in the dismissal of this case. (*Id.* at 15.) The thirty-day period expired, and plaintiff did not file an amended complaint or notification that he wished to stand on the complaint.

1

Accordingly, on June 9, 2021, the assigned magistrate judge entered findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to state a claim upon which relief may be granted, failure to comply with a court order, and failure to prosecute. (Doc. No. 8.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service. (*Id*.) No objections have been filed, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations entered on June 9, 2021 (Doc. No. 8) are adopted in full;
2. This action is dismissed without prejudice due to plaintiff's failure to state a claim upon which relief may be granted, failure to comply with a court order, and failure to prosecute; and
3. The Clerk of Court is directed to assign a district judge for the purpose of closing the case and then to close this case.

IT IS SO ORDERED.

Dated: **July 13, 2021**

UNITED STATES DISTRICT JUDGE